| | |
|---|---|
| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br><br>Matthew E. Faler<br>8840 Warner Ave., Suite 301<br>Fountain Valley, CA 92708<br>(714) 465-4433 Fax: (714) 842-2288<br>SBN #243067<br>mfaler@faler-law.com<br><br><br><br><br>☐ *Individual appearing without attorney*<br>☑ *Attorney for:* Debtors | FOR COURT USE ONLY |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION**

| | |
|---|---|
| In re:<br><br>Jeffrey Alan James<br>Patricia Lynn James<br><br><br><br><br>Debtor(s). | CASE NO.: 8:13-bk-19694-ES<br><br>CHAPTER: 11<br><br>**NOTICE OF BAR DATE FOR FILING PROOF OF CLAIM IN AN INDIVIDUAL CHAPTER 11 CASE [LBR 3001-1]**<br><br>No Hearing Required |

The court has set a deadline of _____April 4_____, 20 14__ (Bar Date), for creditors in the above-referenced matter to file proofs of claim against the Debtor's estate.  ON OR BEFORE THE BAR DATE, PROOFS OF CLAIMS MUST BE FILED WITH THE COURT CLERK AT:

☐ 255 East Temple Street, Los Angeles, CA 90012      ☑ 411 West Fourth Street, Santa Ana, CA 92701
☐ 21041 Burbank Boulevard, Woodland Hills, CA 91367   ☐ 1415 State Street, Santa Barbara, CA 93101
☐ 3420 Twelfth Street, Riverside, CA 92501

  You may obtain a Proof of Claim form on the Bankruptcy Court's web site at http://www.cacb.uscourts.gov, or visit the Intake area at any division of the court.  Some of the exceptions to this deadline for filing Proofs of Claim include: (1) claims arising from rejection of executory contracts or unexpired leases, (2) claims of government units, and (3) claims arising as the result of transfer avoidance pursuant to chapter 5 of the Bankruptcy Code.

  For claims arising from rejection of executory contracts or unexpired leases pursuant to 11 U.S.C. § 365, the last day to file a Proof of Claim is (a) 30 days after the date of entry of the order authorizing the rejection, or (b) the Bar Date, whichever is later.

  For claims of "government units," as that term is defined in 11 U.S.C. § 101(27), Proofs of Claims are timely filed if filed: (a) before 180 days after the date of the Order for Relief in this case, or (b) the Bar Date, whichever is later. 11 U.S.C.§ 502(b)(9).

This form is optional.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*June 2012*                    Page 1                    **F 2081-1.6.NOTICE.BARDATE**

For claims arising from the avoidance of a transfer under chapter 5 of the Bankruptcy Code, the last day to file a Proof of Claim is (a) 30 days after the entry of judgment avoiding the transfer, or (b) the Bar Date, whichever is later.

If you are listed on the Debtor's Schedules of Assets and Liabilities and your claim is not scheduled as disputed, contingent, unliquidated or unknown, your claim or interest is deemed filed in the amount set forth in the schedules. The filing of a Proof of Claim is unnecessary if you agree that the amount scheduled is correct and that the category in which your claim or interest is scheduled (secured, unsecured, etc.) is correct.  11 U.S.C. § 1111(a).

If your claim is not listed on the schedules <u>or</u> is scheduled as disputed, contingent, unliquidated or unknown, <u>or</u> you disagree with the amount or description scheduled for your claim, you must file a Proof of Claim.

**FAILURE OF A CREDITOR OR INTEREST HOLDER TO FILE TIMELY A PROOF OF CLAIM ON OR BEFORE THE DEADLINE MAY RESULT IN DISALLOWANCE OF THE CLAIM OR SUBORDINATION UNDER THE TERMS OF A PLAN OF REORGANIZATION WITHOUT FURTHER NOTICE OR HEARING. 11 U.S.C. § 502(b)(9).  CREDITORS MAY WISH TO CONSULT AN ATTORNEY TO PROTECT THEIR RIGHTS.**

Date:  02/04/2014

By:  _____
      Signature of Debtor, or attorney for Debtor

Name:  Matthew E. Faler
        Printed name of Debtor, or attorney for Debtor

This form is optional.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

June 2012                              Page 2                        **F 2081-1.6.NOTICE.BARDATE**

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

8840 Warner Ave., Suite 301
Fountain Valley, CA 92708

A true and correct copy of the foregoing document entitled: **NOTICE OF BAR DATE FOR FILING PROOFS OF CLAIM IN AN INDIVIDUAL CHAPTER 11 CASE [LBR 3001-1]** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 02/04/2014          , I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Matthew E Faler on behalf of Debtor: mfaler@faler-law.com, ecf@faler-law.com
United States Trustee (SA): ustpregion16.sa.ecf@usdoj.gov
Nancy S Goldenberg on behalf of U.S. Trustee United States Trustee (SA): nancy.goldenberg@usdoj.gov
Kristin A Zilberstein on behalf of JPMorgan Chase Bank: bknotice@mccarthyholthus.com, kzilberstein@mccarthyholth

☐ Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:
On (*date*)   02/04/2014          , I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☑ Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____ , I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 02/04/2014 | Anthony Castillo | /s/ Anthony Castillo |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is optional.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*June 2012*                                    Page 3                          **F 2081-1.6.NOTICE.BARDATE**

| In re: **Jeffrey Alan James** **Patricia Lynn James** | CHAPTER **11** |
|---|---|
| Debtor(s). | CASE NUMBER **8:13-bk-19694-ES** |

## ADDITIONAL SERVICE INFORMATION:

McCarthy & Holthus, LLP
1770 Fourth Avenue
San Diego, CA 92101

Honorable Erithe Smith
U.S. Bankruptcy Court
411 West Fourth Street, Suite 5041
Santa Ana, CA 92701

The Cottages Community Association
c/o The Judge Law Firm
19900 MacArthur Ste 500
Irvine, CA 92612

Arrowhead Credit Union
P.O. Box 735
San Bernardino, CA 92402

Capital One Bank, N.A.
PO Box 30281
Salt Lake City, UT 84130

City of Apple Valley
San Bernardino County Tax Collector
172 W Third St
San Bernardino, CA 92415

County of Orange Probation Dept
PO Box 10178
Santa Ana, CA 92711-0178

The Desert Sun
PO Box 677368
Dallas, TX 75267

EverHome Mortgage
8100 Nations Way
Jacksonville, FL 32256

Vail Run Resort Community
PO Box 1236
Crystal River, FL 34423

Franchise Tax Board
Bankruptcy Section, MS: A-340
PO Box 2952
Sacramento, CA 95812-2952

Hillcrest Homeowners
611 S Congress Ave., Ste 510
Austin, TX 78704

HSBC Bank
PO Box 5253
Carol Stream, IL 60197

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

JP Morgan Chase Bank, N.A.
PO Box 24785
Columbus, OH 43224

JPMorgan Chase Bank, N.A.
Chase Records Center
Mail Code LA4-5555 - 700 Kansas Ln
Monroe, LA 71203

County of Orange
Attn: Bankruptcy Unit
PO Box 4515
Santa Ana, CA 92702-4515

Rancho Mirage Racquet Club HOA
Coachella Valley Collection Service
PO Box 13621
Palm Desert, CA 92255-3621

Residential Credit Solutions
P.O. Box 163229
Fort Worth, Texas 76161-3229

Saddleback Memorial Med Ctr
Medicredit Inc
PO Box 410917
Saint Louis, MO 63141

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*

**F 9013-3.1**