| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Peter C. Wittlin, Atty,<br>CSB#75222<br>8 Corporate Park, St.e 300<br>Irvine, CA 92606<br>(949) 430-6529<br>(9949) 247-8977(F)<br>pwittin@gmail.com<br><br>☐ Movant appearing without an attorney<br>☒ Attorney for Movant | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION**

| In re:<br><br>Jeffrey Alan James and Patricia Lynn James,<br><br>Debtors.<br><br><br><br><br>Debtor(s). | CASE NO.: 8:13-bk-19694 ES<br>CHAPTER: 11<br><br>**NOTICE OF MOTION AND MOTION IN CHAPTER 11 CASE FOR THE ENTRY OF:**<br><br>☒ **A FINAL DECREE AND ORDER CLOSING CASE; OR**<br><br>☐ **AN ORDER CLOSING CASE ON INTERIM BASIS**<br><br>[11 U.S.C. § 350(a) and 1101(2); FRBP 3022; LBR 3022-1]<br><br>☒ No hearing unless requested under LBR 9013-1(o)(4)<br>☐ Hearing Information:<br>DATE:<br>TIME:<br>COURTROOM:<br>ADDRESS: |

**PLEASE TAKE NOTICE THAT** the Reorganized Debtor or chapter 11 trustee requests the entry of a final decree and/or an order closing a chapter 11 case in which a plan of reorganization was confirmed.

Your rights might be affected by this Motion. You may want to consult an attorney. Refer to the box checked below for the deadline to file and serve a written response. If you fail to timely file and serve a written response, the court may treat such failure as a waiver of your right to oppose the Motion and may grant the requested relief. You must serve a copy of your opposition upon the Reorganized Debtor, the Reorganized Debtor's attorney, the United States trustee, and on the judge pursuant to LBR 5005-2(d) and the Court Manual.

1. ☒ **No Hearing Scheduled; Notice Provided under LBR 9013-1(o):** This Motion is filed by the Debtor pursuant to LBR 9013-1(o), which provides for granting of motions without a hearing. The full Motion is attached, including the legal and factual grounds upon which the Motion is made. If you wish to oppose this Motion, you must file a

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

June 2015                                        Page 1                    F 3022-1.1.MOTION.CLOSE.CH11.CASE

written response and request for hearing with the court and serve it as stated above, **no later than 14 days after the date stated on the Proof of Service of this Motion** plus 3 additional days if you were served by mail, electronically, or pursuant to F.R.Civ.P. 5(b)(2)(D), (E), or (F). Your opposition must comply with LBR 9013-1(f) and (o).

2. ☐ **Hearing Set on Regular Notice; Notice Provided under LBR 9013-1(d):** This Motion is set for hearing on regular notice pursuant to LBR 9013-1(d). The full Motion and supporting documentation are attached, including the legal and factual grounds upon which the Motion is made. If you wish to oppose this Motion, you must file a written response with the court and serve it as stated above **no later than 14 days prior to the hearing.** Your response must comply with LBR 9013-1(f). The undersigned hereby verifies that the hearing date and time selected were available for this type of Motion according to the judge's self-calendaring procedures [LBR 9013-1(b)].

3. ☐ **Other** (*specify*):

Date: 09/21/2017

x _____  x _____
Signature of Reorganized Debtor or trustee

Jeffrey Aloan James        Patricia Lynn James
Printed name of Reorganized Debtor or trustee

Date: 09/21/2017

x _____
Signature of attorney for Reorganized Debtor or trustee, if any
Peter C. Wittlin
Printed name of attorney for Reorganized Debtor or trustee, if any

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

June 2015          Page 2          F 3022-1.1.MOTION.CLOSE.CH11.CASE

**MOTION IN CHAPTER 11 CASE FOR ENTRY OF:**

☒ **A FINAL DECREE AND ORDER CLOSING CASE; OR**

☐ **AN ORDER CLOSING CASE ON AN INTERIM BASIS**

1. **Movant is the:** ☒ Reorganized Debtor   ☐ Chapter 11 trustee

2. **Postconfirmation Status of Bankruptcy Case:** Pursuant to 11 U.S.C. § 1101(2), FRBP 3022, and applicable case law and except as noted in the Declaration:

    a. The order confirming the plan of reorganization is final;

    b. All deposits required by the plan have been distributed;

    c. All property proposed by the plan to be transferred has been transferred;

    d. The Debtor or successor to the Debtor under the plan has assumed the business or the management of the property dealt with by the plan;

    e. All payments or other distributions under the plan have commenced; and

    f. All motions, contested matters, and adversary proceedings have been finally resolved.

3. **Relief Requested** (*check one box only*):

    a. ☒ **Motion for Entry of Final Decree In a Case that Has Been Fully Administered:** Movant requests the entry of a final decree because the chapter 11 plan has been substantially consummated and the bankruptcy case has been fully administered pursuant to 11 U.S.C. §§ 350(a), 1101(2), FRBP 3022, and applicable case law.

    b. ☐ **Motion for Entry of an Order Closing the Case on an Interim Basis:** Movant requests the entry of an order closing this bankruptcy case on an interim basis. Though the chapter 11 plan has been substantially consummated, the bankruptcy case cannot be fully administered at this time. At a later time, a motion to reopen the bankruptcy case will be filed so that a motion for entry of discharge (or other motion or contested matter) may be filed and resolved.

4. **Evidence in Support of Motion:** Movant includes as evidence the declaration and any exhibits.

Based on the foregoing, movant requests the court grant the relief requested.

Date: 09/21/2017     x _____    x _____
                        Signature of Reorganized Debtor or trustee,
                        or attorney for Reorganized Debtor or trustee

_Jeffrey Alan James & Patricia Lynn James_
Printed name of Reorganized Debtor or trustee,
or attorney for Reorganized Debtor or trustee

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

June 2015                                Page 3                    F 3022-1.1.MOTION.CLOSE.CH11.CASE

**DECLARATION IN SUPPORT OF MOTION IN CHAPTER 11 CASE FOR ENTRY OF
A FINAL DECREE AND ORDER CLOSING CASE, OR
AN ORDER CLOSING CASE ON AN INTERIM BASIS**

1. **Name of Declarant and Foundation for Personal Knowledge:**

   a. I, (*name*) Jeffrey Alan James
   make the following declaration in support of this motion.

   b. (1) ☒ I have personal knowledge of the following facts because I am the:

   ☒ Reorganized Debtor   ☐ Chapter 11 trustee

   (2) ☐ I am related to this bankruptcy case as the _____
   and I have personal knowledge of the following facts because (*specify*):

2. **Postconfirmation Status of Bankruptcy Case:** except as noted in the following paragraph,

   a. The order confirming the plan of reorganization is final;

   b. All deposits required by the plan have been distributed;

   c. All property proposed by the plan to be transferred has been transferred;

   d. The Debtor or successor to the Debtor under the plan has assumed the business or the management of the property dealt with by the plan;

   e. All payments or other distributions under the plan have commenced; and

   f. All motions, contested matters, and adversary proceedings have been finally resolved.

3. **Exceptions** (if any):

4. **Facts Regarding Full Administration of Bankruptcy Case** (*check one box only*):

   a. ☒ **The Bankruptcy Case Has Been Fully Administered:** All motions, contested matters, and adversary proceedings have been finally resolved.

   b. ☐ **The Bankruptcy Case Has Not Been Fully Administered:** All adversary proceedings have been resolved, but all motions and contested matters have not been finally resolved. It is contemplated that, at a later time, a motion to reopen the bankruptcy case will be filed so that a motion for discharge (or other motion or contested matter) may be filed and resolved.

5. **Exhibits** (if any). The following exhibits support facts asserted in this declaration:
   ☐ Exhibit A:
   ☐ Exhibit B:
   ☐ Exhibit C:
   ☐ Exhibit D:

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 09/21/2017 | Jeffrey Alan James | x /s/ Signature |
|---|---|---|
| Date | Printed Name | |

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

June 2015                         Page 4                    F 3022-1.1.MOTION.CLOSE.CH11.CASE

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
8 Corporate Park, Suite #300, Irvine, CA 92606

A true and correct copy of the foregoing document entitled (*specify*): Notice of Motion and Motion in Chapter 11 Case for the Entry of A Final Decree and Order Closing Case

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 11/14/2017, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☑ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) 11/14/2017, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☑ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☑ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 11/14/2017 | Chelsea Karston | *(signature)* |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                 F 9013-3.1.PROOF.SERVICE

US Trustee- Santa Ana, ustpregion16.sa.ecf@usdoj.gov
Brandye N Foreman   cdcaecf@bdfgroup.com
Nancy S Goldenberg   nancy.goldenberg@usdoj.gov
Eric M Heller   eric.m.heller@irscounsel.treas.gov
Nancy L Lee   bknotice@rcolegal.com
Elan S Levey   elan.levey@usdoj.gov, louisa.lin@usdoj.gov
Erica T Loftis   Erica.Loftis@BuckleyMadole.com, Susana.Hernandez@BuckleyMadole.com
Lisa B Singer   bkmail@rosicki.com
United States Trustee (SA)   ustpregion16.sa.ecf@usdoj.gov
Jennifer C Wong   bknotice@mccarthyholthus.com
Kristin A Zilberstein   bknotice@mccarthyholthus.com,
kzilberstein@mccarthyholthus.com;kzilberstein@ecf.inforuptcy.com

Judge Erithe A. Smith
Ronald Reagan Federal Building and Courthouse
411 West Fourth Street, Suite 5040 / Courtroom 5A
Santa Ana, CA 92701-4593

Jolene Tanner
Assistant United States Attorney
Federal Building, Suite 7211
300 North Los Angeles Street
Los Angeles, California 90012

Shani O. Zakey, Esq.
Silldorf Law, LLP
5060 Shoreham Place, Ste. 115
San Diego, CA 92122

US Trustee
United States Trustee
411 W. Fourth Street #7160
Santa Ana, CA 92701-4500

Seterus, Inc.
PO Box 1047
Hartford, CT 06143

McCarthy & Holthus, LLP
1770 Fourth Avenue
San Diego, CA 92101

Arrowhead Credit Union
P.O. Box 735
San Bernardino, CA 92402-0735

City of Apple Valley
San Bernardino County Tax Collector
172 W. Third Street
San Bernardino, CA 92415-0320

County of Orange Probation Dept.
P.O. Box 10178
Santa Ana, CA 92711-0178

EverHome Mortgage
301 West Bay St.
Jacksonville, FL 32202-5184

Federal National Mortgage Association
P.O. Box 2008
Grand Rapids, MI 49501-2008

Hillcrest Homeowners
611 S. Congress Ave., Ste. 510
Austin, TX 78704-1733

JP Morgan Chase Bank, NA
Attn: Correspondence Mail
Mail Code LA4-5555
700 Kansas Lane
Monroe, LA 71203-4774

Office of Treasurer – Tax Collector
Hall of Finance & Records
11 Civic Center Plaza, Ste. G58
P.O. Box 4005
Santa Ana, CA 92702-4005

Vail Run Resort Community
P.O. Box 1236
Crystal River, FL 34423-1236

Trustee Corps
17100 Gillete
Irvine, CA 92614-5603

Ashley Funding Services, LLC
Its successors assigns as assignee of
Laboratory Corporation of America
Holdings Resurgent Capital Services
P.O. Box 10587
Greenville, SC 29603-0587

Coachella Valley Collection Services
P.O. Box 13621
Palm Desert, CA 92255-3621

County of San Bernardino
Office of the Tax Collector
172 W. Third St.
San Bernardino, CA 92415-0360

Experian
475 Anton Blvd.
Costa Mesa, CA 92626-7037

Residential Credit Solutions
P.O. Box 163229
Fort Worth, TX 76161-3229

JPMorgan Chase Bank, N.A.
Chase Records Center
Mail Code LA4-5555
700 Kansas Lane
Monroe, LA 71203

Portfolio Recovery Associates, LLC
P.O. Box 41067
Norfolk, VA 23541-1067

The Desert Sun
P.O. Box 677368
Dallas, TX 75267-7368

Federal National Mortgage Association
c/o McCarthy & Holthus, LLP
1770 Fourth Avenue
San Diego, CA 92101-2607

Rancho Mirage Raquet Club HOA
Coachella Valley Collection Service
P.O. Box 13621
Palm Desert, CA 92255-3621

Saddleback Memorial Medical Center
Medicredit Inc.
P.O. Box 410917
Saint Louis, MO 63141-0917

TransUnion
P.O. Box 6790
Fullerton, CA 92834-9416

County of Orange
P.O. Box 4515
Santa Ana, CA 92702-4515
Attn: Bankruptcy Unit

JPMorgan Chase Bank, N.A.
National Payment Services
P.O. Box 24785
Columbus, OH 43224-0785

Residential Credit Solutions
4282 N. Freeway
400 National Way
Fort Worth, TX 76137

The Cottages Community Association
c/o The Judge Law Firm
19900 MacArthur, Ste. 500
Irvine, CA 92612-8410

JPMorgan Chase Bank, N.A.
c/o Officer
1111 Polaris Parkway
Columbus, OH 43240

JPMorgan Chase Bank, N.A.
RCO Legal, PS
1241 E. Dyer Rd., Suite 250
Santa Ana, CA 92705-5611

Capital One Bank, N.A.
P.O. Box 30281
Salt Lake City, UT 84130-0281

Capital One Bank, N.A.
c/o Officer
4851 Cox Road
Glen Allen, VA 23060

All Creditors:
Equifax Credit Information Services
P.O. Box 740241
Atlanta, GA 30374-0241

Franchise Tax Board
Bankruptcy Section MS A340
P.O. Box 2952
Sacramento, CA 95812-2952

HSBC Bank
P.O. Box 5253
Carol Stream, IL 60197-5253

HSBC Bank USA, N.A.
c/o Officer
1800 Tysons Blvd.
Mc Lean, VA 22102

JP Morgan Chase Bank, N.A.
P.O. Box 24785
Columbus, OH 43224-0785

Everbank
Malcolm & Cisneros
2112 Business Center Dr., 2nd Floor
Irvine, CA 92612-7135

EverBank
c/o Officer
501 Riverside Avenue
Jacksonville, FL 32202

JPMorgan Chase Bank, N.A.
c/o McCarthy & Holthus, LLP
1770 Fourth Avenue
San Diego, CA 92101-2607